IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARSHALL GATES,<br><br>        Plaintiff,<br><br>  vs.<br><br>DAVID ROBINSON, et al.,<br><br>        Defendants. | No. C 07-04312 JW (PR)<br><br>ORDER OF DISMISSAL<br><br>(Docket No. 3) |

On August 22, 2007, plaintiff, a California prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk notified plaintiff in writing that the action was deficient due to the failure to pay the requisite filing fee or, instead, submit a completed court-approved <u>in forma pauperis</u> ("IFP") application, including a trust account statement showing balances for the last six months and a certificate of trust account funds signed by a prison official. Along with this notice, plaintiff was sent a copy of the court's IFP application, instructions for completing it, and a return envelope. Plaintiff was informed that his failure, within thirty days, either to pay the filing fee or to file a completed IFP application, including

Order of Dismissal
G:\PRO-SE\SJ.JW\CR.07\gates04312_dismiss-ifp.wpd

the signed certificate of funds and the required trust account statement, would result in dismissal of this action without prejudice. Plaintiff has submitted an IFP application, but he did not include the requisite signed certificate of funds or the trust account statement, as he was instructed to do.

As more than thirty days have passed and plaintiff has not filed a completed IFP application or paid the filing fee, this action is DISMISSED without prejudice. In light of this dismissal, the incomplete IFP application is DENIED.

This order terminates Docket No. 3.

The Clerk shall close the file.

DATED: October 17, 2007

JAMES WARE
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.JW\CR.07\gates04312_dismiss-ifp.wpd        2