Filed

2008 FEB 11 PM 4:10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N.D. DIST. OF CA. S.J.

Washington DC
Bar A212

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1986 Winchester act
Judge DAVID Marshall GATES
Plaintiff,
First Saltlake act

vs. Dept of Defence Corp.

Coalinga State Pri Hosp.
Defendant.

US Treasury work
Treasury account
47217 - 75

CASE NO. C 07-4312 JW

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, General DAVID MARSHALL Gates, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: 1975 Skidmore 5.1 million

Gross: 2,10000 Net: ____

Employer: United States Dept of Defence Pentagon

Here my Back Pay

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

1986 Winchester ad Violent Death act.

8.1 million month

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ____ No ____

b. Income from stocks, bonds, or royalties? — Yes ____ No ____

c. Rent payments? — Yes ____ No ____

d. Pensions, annuities, or life insurance payments? — Yes ____ No ____

e. Federal or State welfare payments, Social Security or other government source? — Yes ✓ No ____

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

1996 Winchester 15.1 million per month

3. Are you married? ✓ — Yes ____ No ____

Spouse's Full Name: ____________________

Spouse's Place of Employment: ____________________

Spouse's Monthly Salary, Wages or Income:

Gross $____________ Net $____________

4. a. List amount you contribute to your spouse's support:$ ____________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

-(. Recover my Bank Balance

Filed Bank Ruptcy San Jose 1989 March

5. Do you own or are you buying a home? Yes ____ No ____

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No ____

Make ____________ Year ____________ Model ____________

Is it financed? Yes ____ No ____ If so, Total due: $ ____________

Monthly Payment: $ Paid off, thousands of Taxes

7. Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: ____________

____________

Present balance(s): $ ____________

Do you own any cash? Yes ____ No ____ Amount: $ ____________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

____________

8. What are your monthly expenses?

Rent: $ ____________ Utilities: ____________

Food: $ ____________ Clothing: ____________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ________ | $ ________ | $ ________ |
| ________ | $ ________ | $ ________ |
| ________ | $ ________ | $ ________ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

______________________________________________

______________________________________________

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

______________________________________________

______________________________________________

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

02/06/08 — DATE

Judge D-7110 [signature] — SIGNATURE OF APPLICANT

David aka Robinson

DOB 10-10-47

FILED

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name Gates DAVID Marshall J-60908
(Last) (First) (Initial)

Prisoner Number J60908

Institutional Address Coalinga State Hospital

E-Filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

(Enter the full name of plaintiff in this action.)

vs.

Nevada County

(Enter the full name of the defendant(s) in this action)

Case No. C 07 4312 JW (PR)
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement Coalinga State Hospital

B. Is there a grievance procedure in this institution?

YES ( ) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (✓) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. Get me Released

McPhearson ... Death act ... Ranch act
Pefearson ... Dept of ... Robinson ... FBI 589
1129 ... olive ... U.S. marshal Co. ... Birth assignment
2 Bank ... 3 ... Instrument ... names
... 1963 Robinson - Nunn
Invoke ... SSN 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 Edward Eisenhower
Edward Eisenhower General ... actual DOB Oct 10, 1947
and U.S. Senator ... Adopted By Robert Gates
1962 War Powers ... CIA ... Direct act
act Dept of Def ... 1 week old, favor tony
Cols and Above Gov Act ... Named David marshall
Bo Held 5 star SSN 551-... Gates
... 1 week and 5 days old
Atomic - Air Force A-4743 ... Guy Nile Robinson
Nuclear - Navy L-1141 adopted By ... adopted me with
Because of David marshall Gates ... assign name David
Army O-4171 ... aka Rob...
marines M-7... SSN ... Jones Act
The Complete act
Received from D. Gates 11/7/06
Selected for Federal Grand Jury and acts
1986 ... Federal law first Grand Jury
Name in ... second ... act ... Federal
Formation of federal Grand ...
for federal directory ... Grand ... Street
First Salt Lake act Dept of Defense
Corp. ... McFerrin marshall act
1975 Skidmore and First ... Grade
Attorney David marshall Gates A-212 BARK ... Valley acts ID ... Kidnapped Several Hundred times ... Carpenter Holli...
12276 Gates place Cross Valley ...
1986 ... Winchester ... Administrator ...
all laws mentioned are Invoked ... For First Salt Lake act and ... Name ...
Violent Death act ... and Rasmussen act
... Administrator and ... General acts ...
Page Act 8 ... David marshall Gates General ...
(over) ... Top ... of ... marshall Gates

Master Latin Complete act

Judge US D 7110

INVOKING Smithson Law

Chandler act

INVOKING McKitrick act

Parrott act

INVOKING Grace Olive Robinson Ranch

U.S. MARSHALL act Company

U.S. District Court computer

Eisenwine act

and Eisenwine Law act

DAVID MARSHALL GAtES General acts 1-40

Eisenwine General acts 1-100

assistant Director

CIA 1747

D 22447 NB Canton Bob

Dees [illegible]

11/29 olive Robinson Gates computer FBI E-589
Bank US Marshal Co. Birth assignment
Balance INSTEAD
2-02-07 1963 ROBINSON-NUNN Names
INVOLVED I've Been Kidnapped 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 Eduke Eisenhower wire
Eduke Eisenhower General acts 1-100
and US Senator acts 1-100 VS 1-1008 actual DOB Oct 10, 1947
V1962 War POWERS ADOPTED By Robert Gates
Dept of Def computer CIA asu Direct act
Cols and ABOVE Gov ACT 1 week old, FOUR TONY
5 star SSN 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 DAVID MARSHALL Gates
Branding
atomic - AIR FORCE A-4913 1 week and 5 days old
Nuclear - NAVY L-1141 adopted By Guy Nile Robinson
Because of DAVID MARSHALL Gates General acts 1-100 adopted me with
ARMY O-4171 assign name DAVID
marines M-7188
The Complete act JONES ACT
Selected for Federal Grand Jury and acts
1986 winchester Name in Federal law First Grand Jury -20
FORMAN of federal Grand second act Federal
for federal directory Grand BPG
Received from D. Gates 11/7/06
First Salt Lake act Dept of Defense
Corp. McFEATHER act
1986 winchester
ATTORNEY 1978 Skidmore and First 578 Grade
DAVID Marshall Gates Valley acts ID me Kidnapped Several
A-212 BAR Hundred times From 61 Carpenter Hollister
all laws (2276 Gates Place Grass Valley)
mentioned 1986 winchester Amended my Credentials ADMINISTRATOR
are Invoked For First Salt Lake act and
Violent Death act Examiner Names.
Director names administrator and Rasmussen act
DAVID Marshall Gates General acts 1-100
(OVER) TOP Ranked in 4 Founders of Military
First Salt Lake and marshall Gates
Dept of Def computer

*[signature: David Aikon Robinson]*

I declare under penalty of perjury that the foregoing is true and correct.

Sword ~~~~~ AIKON Robinson

Signed this 3rd day of Aug, 20__

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

*[signature]*

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
(Plaintiff's signature)

US Senator Edika Ben me___

533-34-332_

Federal Grand Jury

Foreman J-6389

J-6-2371 Examiner

FIRST 140

Dept of Defense   N98 B wendester oct Dugos

Examine at   A-18   Dept of Def

Judge Justice Edeke Ben Eisenwine

866 First B Salt Lake oct J6616

DL-22447-NB

Doctor Director

Center for Desease Control

Defend   DR FARR   Eisenwine law oct

m 44831   Dup

US Marshal   M-BD-123

The   " Eisenwine Law oct

Dept of Dep Corp

Judge D-7118 Judicial index

Justice S66 First Salt Lake

COMPLAINT

-4-