DAVID on
Coalinga State Hospital
PO Box 5003
Coalinga, Calif 93210
C07-4312 JW

Legal mail

US District Court
280 South 1st
San Jose, Calif 95110